IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE DISTRICT OF COLUMBIA, et al., <br><br> Defendants. | Civil Action No. _____ |

## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, Plaintiff Pharmaceutical Researchers and Manufacturers of America ("PhRMA") on behalf of itself and its members hereby moves for the immediate issuance of a temporary restraining order enjoining Defendants, their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of the Order (collectively "Defendants"), from publishing the "Prescription Drug Excessive Pricing Act of 2005" (the "Act") in the *District of Columbia Register*, *District of Columbia Statutes-at-Large*, or the *District of Columbia Municipal Regulations*. Enjoining such publication will prevent the Act from taking effect. *See* Act § 4; D.C. Code § 2-602. Because publication could occur as early as Friday, October 14, 2005, a TRO is needed no later than close of business on Thursday, October 13, 2005.

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, plaintiff further moves for a preliminary injunction (1) enjoining Defendants from publishing the Act in the *District of Columbia Register*, *District of Columbia Statutes-at-Large*, or the *District of Columbia*

- 1 -

*Municipal Regulations*; and (2) enjoining Defendants from implementing and enforcing the Act against Plaintiff or its member companies or their agents and licensees.

As discussed in the accompanying Memorandum of Points and Authorities, (1) the Plaintiff is likely to succeed on the merits of its claims for declaratory and injunctive relief; (2) the Plaintiff and its members will suffer irreparable injury if Defendants are not immediately enjoined from publishing the text of the Act in one of the aforementioned publications, and from implementing and enforcing the Act; (3) granting the temporary restraining order and preliminary injunction will not substantially harm the Defendants, and the balance of hardships favors the Plaintiff; and (4) granting the temporary restraining order and preliminary injunction will further the public interest.

In accordance with Local Civil Rule 65.1(a), this motion is accompanied by a certification describing the notice of this Motion that was provided to the Office of the Attorney General for the District of Columbia prior to filing.

In accordance with Local Civil Rule 7(f), Plaintiff requests an oral hearing on this Motion.

Plaintiff requests that the Court require no security, or minimal security at most, because Defendants will suffer no injury from the issuance of the temporary restraining order and preliminary injunction.

Dated:  October 12, 2005

Respectfully submitted,

/s/ Randolph D. Moss
David W. Ogden (D.C. Bar No. 375951)
Randolph D. Moss (D.C. Bar No. 417749)
Jonathan J. Frankel (D.C. Bar. No. 450109)
WILMER CUTLER PICKERING HALE AND
DORR LLP
2445 M Street, N.W.
Washington, D.C.  20037-1420
(202) 663-6000
(202) 663-6363 (facsimile)

*Counsel for Plaintiff Pharmaceutical Research and Manufacturers of America*

## CERTIFICATE OF SERVICE

I, Brian M. Boynton, hereby certify that on October 12, 2005, I caused a true and correct copy of (1) Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; (2) Plaintiff's Memorandum of Points and Authorities in Support of Its Motion for Temporary Restraining Order and Preliminary Injunction; (3) the declarations of Robert Belknap, Michael L. Broughton, John L. Fish, Nick Marmontello, Marjorie E. Powell, and Asha Soto; (4) the Certificate of Plaintiff's Attorney in Support of Motion for Temporary Restraining Order and Preliminary Injunction; and (5) proposed orders granting either a temporary restraining order or a preliminary injunction to be served on the following persons by hand delivery:

Attorney General Robert J. Spagnoletti
1350 Pennsylvania Avenue, N.W.
Suite 409
Washington, D.C.  20004

Mayor Anthony A. Williams
1350 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C.  20004

Administrator Arnold R. Finlayson
441 4th Street, N.W.
Suite 520
Washington, D.C.  20001

_____
Brian M. Boynton
WILMER CUTLER PICKERING HALE
AND DORR LLP
2445 M Street, N.W.
Washington, D.C.  20037-1420
(202) 663-6000
(202) 663-6363 (facsimile)