IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Action No.,_____ |

## DECLARATION OF WYETH EXECUTIVE-NICK MARMONTELLO

I, Nick Marmontello, declare as follows:

1. I am the Vice President of Health Care Systems-Sales Wyeth Pharmaceuticals, Inc. Since June 1, 2005 my responsibilities have included the sale of patented prescription drugs to wholesalers. I am knowledgeable about Wyeth's distribution system, including its sales arrangements with wholesalers and other customers and, more specifically, its sales of patented prescription drugs that are ultimately resold in the District of Columbia.

2. Wyeth Pharmaceuticals, Inc. is a wholly owned subsidiary of Wyeth engaged in the pharmaceutical business. Its worldwide headquarters are in Collegeville, Pennsylvania. Wyeth is a member of the Pharmaceutical Research and Manufacturers of America ("PhRMA"), the plaintiff in this action.

3. Wyeth and its predecessor entities have been in the pharmaceutical business for over a century. Wyeth holds patents protecting prescription drugs, including Effexor XR, Tygacil, and Prempro. Every year, Wyeth produces patented prescription drugs that are ultimately used by patients throughout the United States, including patients in the District of Columbia.

4. Although Wyeth supplies very limited quantities of patented prescription drugs directly to doctors, hospitals and pharmacies in the District of Columbia, the vast majority of the transactions covered by the D.C. Prescription Drug Excessive Pricing Act of 2005 ("the Act") that will involve Wyeth will be transactions occurring wholly outside of the District of Columbia. Wyeth is based in Collegeville, Pennsylvania and has its principal manufacturing facilities for domestic supply in Puerto Rico and New York and distribution centers in Nevada and Tennessee. Wyeth sells patented prescription drugs predominantly to wholesalers, which, in turn, distribute these drugs to hospitals and retail pharmacies. It is my understanding that during the first nine months of 2005, nearly 80% of the ultimate sales of Wyeth patented prescription drugs in the District of Columbia involved drugs initially sold by Wyeth to three wholesalers located outside the District.

5. No wholesaler with which Wyeth does business is based in the District of Columbia. Wyeth's main wholesalers are located in San Francisco, California (McKesson); Dublin, Ohio (Cardinal); and Chesterbrook, Pennsylvania

US1DOCS 5291646v1

(AmerisourceBergen). Wyeth sells its products to wholesalers throughout the country, including the ones just mentioned, but Wyeth does not ship patented prescription drugs to any wholesaler in the District of Columbia. The wholesalers will distribute Wyeth product to customers in the District of Columbia.

6. Because the D.C. Act uses the price at which a patented prescription drug is sold in Australia, Canada, Germany, and the United Kingdom as a benchmark for determining whether a price in D.C. is "excessive," it is my understanding that Wyeth's international business will need to consider the impact of its decisions as to the timing and pricing of launches in those markets on domestic prices and revenues or the possibility of liability under this law.

7. Absent action by Wyeth to modify its pricing or distribution practices – action that inevitably would injure Wyeth – the presumption of excessive pricing under the Act would place Wyeth at substantial risk of liability under the Act. Under any scenario, Wyeth will be injured by operation of the Act.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2005.

NICK MARMONTELLO

Sworn to and subscribed before me on this 3 day of October, 2005.

_Renee M. McDonald_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Renee M. McDonald, Notary Public
Haverford Twp., Delaware County
My Commission Expires Aug. 12, 2006

Member, Pennsylvania Association of Notaries

3