IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE DISTRICT OF COLUMBIA, et al. <br><br> Defendants. | Civil Action No.,_____ |

### DECLARATION OF JOHN L. FISH

I, John L. Fish declare:

1. I am the Vice President of Trade Sales and Operations of SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"). Since 1996, I have been responsible for the wholesale distribution of GSK's patented prescription drugs. I am knowledgeable about GSK's distribution system, including its sales arrangements with wholesalers and other customers.

2. GSK is a corporation organized and existing under the laws of Pennsylvania that has corporate offices in Philadelphia, Pennsylvania and Research Triangle Park, North Carolina. GSK and/or its affiliates have United States manufacturing facilities in North Carolina, Puerto Rico, Tennessee, and Pennsylvania, as well as in other countries.

3. GSK is a research-based pharmaceutical and healthcare company whose primary business is researching, developing, manufacturing and selling a broad-based portfolio of innovative, patented prescription medicines. GSK and/or its affiliates hold the patents to, produce, and sell a number of patented prescription drugs, including Imitrex®

(sumatriptan), Advair® (fluticasone/salmeterol), and Avandia® (rosiglitazone). GSK's patented prescription drugs are ultimately used by patients throughout the United States, including patients in the District of Columbia.

4. The vast majority of GSK's sales covered by the D.C. Prescription Drug Excessive Pricing Act of 2005 ("D.C. Act") occur wholly outside D.C. GSK sells its patented prescription drugs predominantly to wholesalers and ships them directly to one or more of the wholesalers' distribution centers. The wholesalers, in turn, resell these drugs to hospitals, other healthcare facilities, and retail pharmacies. No wholesaler of GSK is based in the District of Columbia or has warehouses in the District of Columbia. GSK's principal wholesalers are AmerisourceBergen Drug Co. of Chesterbrook, Pennsylvania, Cardinal Health of Dublin, Ohio, and McKesson Health Solutions of San Francisco, California. AmerisourceBergen, Cardinal, and McKesson have distribution facilities located in Glenn Allen, Virginia, Greensboro, North Carolina, and Landover, Maryland, respectively, as well as in other locations around the United States. Thus, all of GSK's sales to its wholesalers occur outside the District of Columbia.

5. GSK also sells patented prescription drugs to chain drug stores that maintain their own warehouse facilities. After purchasing GSK patented prescription drugs, these chain drug stores then sell the drugs at retail. Although some of those chain drug stores have retail outlets in the District of Columbia, none of the chains to which GSK sells has a distribution center or receives GSK's drugs from GSK in the District of Columbia. As a result, none of GSK's sales to warehousing chains take place in the District of Columbia.

6. As a general matter, GSK does not know whether any given package or lot of a prescription drug that it sells to a wholesaler or warehousing chain will eventually be resold to a patient in the District of Columbia, and GSK does not control the terms, including price, of any such resales.

7. Unless GSK modifies its pricing or distribution practices – actions that inevitably would injure GSK – the presumption of excessive pricing under the Act would place GSK at substantial risk of liability under the D.C. Act, which provides for damages, fines and injunctive relief. Under any scenario, GSK will be injured by operation of the D.C. Act.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Philadelphia, Pennsylvania on October 10, 2005.

_____
John L. Fish, Vice President