IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Action No.,_____ |

## DECLARATION OF VALEANT EXECUTIVE ASHA SOTO

I, Asha Soto, declare as follows:

1. I am the Vice President, US Customer Operations of Valeant Pharmaceuticals International ("Valeant"). Since January 1, 1996, I have been responsible for the wholesale distribution of Valeant's patented prescription drugs. I am knowledgeable about Valeant's distribution system, including its sales arrangements with wholesalers and other customers and, more specifically, its sales of patented prescription drugs that are ultimately resold in the District of Columbia.

2. Valeant is a corporation organized and existing under the laws of Delaware that maintains its corporate headquarters in Costa Mesa, California. Valeant is a member of the Pharmaceutical Research and Manufacturers of America ("PhRMA"), the plaintiff in this action.

3. Corporate predecessors of Valeant have been in operation since 1960. In that time, Valeant has become a global, research-based, specialty pharmaceutical company that discovers, develops, manufactures, and markets pharmaceutical products, primarily in the areas of neurology, dermatology, and infectious disease. Valeant holds three (3) patents protecting three different prescription drugs, including Diastat(R) AcuDial (diazepam rectal gel), the only Food and Drug Administration approved at-home treatment for the safe and immediate management of emergency seizures. Valeant's patented prescription drugs, including Diastat, are ultimately sold to patients throughout the United States, including patients in the District of Columbia.

4. Valeant's patented prescription drug Diastat is currently sold in Canada by another company. The right to sell the drug in Canada will revert to Valeant starting at the end of 2008 and Valeant is currently in discussions to accelerate that date to approximately the middle of 2006. Valeant is also considering introducing Diastat in Australia within the next 12-18 months. But because the D.C. Prescription Drug Excessive Pricing Act of 2005 ("the Act") uses the price at which a drug is sold in Canada and Australia as a benchmark for determining whether a price in D.C. is "excessive," Valeant will forego selling the drug in these markets. The Act necessarily affects Valeant's determination whether to sell Diastat in Canada and Australia.

5. Although Valeant supplies very limited quantities of patented prescription drugs directly to doctors and hospitals in the District of Columbia, the vast majority of the transactions covered by the Act that will involve Valeant will be transactions occurring wholly outside of the District of Columbia. Valeant is based in California and has its principal manufacturing facility in Humacao, Puerto Rico. Valeant sells patented prescription drugs in the United States predominantly to wholesalers and to one warehousing retail chain, which in turn, distribute these drugs to hospitals and retail pharmacies, and (in the case of the warehousing retail chain) patients throughout the country, including the District of Columbia. Valeant's warehouse in Chattanooga, TN receives and fills orders for patented prescription drugs from wholesalers and one warehousing retail chain. Valeant's warehouse ships the orders via common carrier to the purchasing entity, with title to the drugs passing to the purchaser upon its acceptance of the shipment. No wholesaler or warehousing retail chain to which Valeant sells patented prescription drugs is based in the District of Columbia or receives shipments of patented prescription drugs from Valeant in the District. The principal wholesalers and warehousing retail chain to which Valeant sells its patented prescription drugs are headquartered in Chesterbrook, Pennsylvania, San Francisco, California, Dublin, Ohio, and Deerfield, Illinois. The wholesalers and warehousing retail chain to which Valeant sells its patented prescription drugs do not act on behalf of Valeant when they resell those drugs, and Valeant does not control the terms of those resales.

6. Absent action by Valeant to modify its domestic pricing or distribution practice – action that inevitably would injure Valeant – the presumption of excessive pricing under the Act would place Valeant at substantial risk of liability under the Act. The Act also

injures Valeant by depriving it of future sales of Diastat in Australia and Canada. Thus, under any scenario, Valeant will be injured by operation of the Act.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 6, 2005.

_____
Asha Soto

4