IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, </br></br>      Plaintiff, </br></br>v. </br></br>THE DISTRICT OF COLUMBIA, et al., </br></br>      Defendants. | Civil Action No. _____ |

**[PROPOSED] ORDER GRANTING**
**PRELIMINARY INJUNCTION**

On consideration of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, the supporting Memorandum of Points and Authorities, the Complaint, the declarations of Robert Belknap, Michael L. Broughton, John L. Fish, Nick Marmontello, Marjorie E. Powell, and Asha Soto, and the record as a whole, the Court hereby finds that (1) the Plaintiff is likely to succeed on the merits of its claim for declaratory and injunctive relief; (2) the Plaintiff and its members will suffer irreparable injury if Defendants are not immediately enjoined from publishing the text of the "Prescription Drug Excessive Pricing Act of 2005" in the *District of Columbia Register*, *District of Columbia Statutes-at-Large*, or the *District of Columbia Municipal Regulations*, and enjoined from implementing and enforcing the Act; (3) granting a preliminary injunction will not substantially injure the Defendants, and the balance of hardships favors the Plaintiff; and (4) granting a preliminary injunction will further the public interest. Plaintiff's Motion for a Preliminary Injunction is, accordingly, GRANTED.

- 2 -

Accordingly, Defendants, along with all of their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Order, are enjoined from publishing, or taking any step to facilitate publication of, the text of the "Prescription Drug Excessive Pricing Act of 2005" in the *District of Columbia Register*, *District of Columbia Statutes-at-Large*, or the *District of Columbia Municipal Regulations*.

Defendants are further hereby directed to take all necessary steps to ensure that publication does not occur during the period that this preliminary injunction is in effect.

Defendants, along with all of their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Order, are also enjoined from implementing and enforcing the Act against Plaintiff or its member companies or their agents and licensees.

Because Defendants will suffer no cognizable injury during the pendency of this preliminary injunction, no bond is required.

IT IS SO ORDERED.

Dated:
Time:                                              _____
                                                   United States District Judge

Counsel For Plaintiff
David W. Ogden, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, NW
Washington, DC 20037-1420
(202) 663-6000
(202) 663-6363 (facsimile)

Counsel For Defendant
Office of the Attorney General of the District of Columbia
1350 Pennsylvania Avenue, N.W.
Suite 409
Washington, D.C. 20004