IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHARMACEUTICAL RESEARCH AND )
MANUFACTURERS OF AMERICA,   )
                            )
        Plaintiff,          )
                            )
v.                          )            Civil Action No. _____
                            )
THE DISTRICT OF COLUMBIA, et al., )
                            )
        Defendants.         )
_____)

**[PROPOSED] ORDER GRANTING**
**TEMPORARY RESTRAINING ORDER**

On consideration of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, the supporting Memorandum of Points and Authorities, the Complaint, the declarations of Robert Belknap, Michael L. Broughton, John L. Fish, Nick Marmontello, Marjorie E. Powell, and Asha Soto, and the record as a whole, the Court hereby finds that (1) the Plaintiff is likely to succeed on the merits of its claim for declaratory and injunctive relief; (2) the Plaintiff and its members will suffer irreparable injury if Defendants are not immediately enjoined from publishing the text of the "Prescription Drug Excessive Pricing Act of 2005" in the *District of Columbia Register*, *District of Columbia Statutes-at-Large*, or the *District of Columbia Municipal Regulations*; (3) granting a temporary restraining order will not substantially injure the Defendants, and the balance of hardships favors the Plaintiff; and (4) granting a temporary restraining order will further the public interest. Plaintiff's Motion for a Temporary Restraining Order is, accordingly, GRANTED. The Order shall remain effective for _____ days, subject to extension by approval of this Court.

- 2 -

Accordingly, Defendants, along with all of their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Order, are hereby temporarily enjoined from publishing, or taking any step to facilitate publication of, the text of the "Prescription Drug Excessive Pricing Act of 2005" in the *District of Columbia Register*, *District of Columbia Statutes-at-Large*, or the *District of Columbia Municipal Regulations*.

Defendants are further hereby directed to take all necessary steps to ensure that publication does not occur during the period that this temporary restraining order is in effect.

Because Defendants will suffer no cognizable injury during the pendency of this temporary restraining order, no bond is required.

IT IS SO ORDERED.

Dated: Washington, D.C.


Dated:
Time:                                                  _____
                                                       United States District Judge


Counsel For Plaintiff
David W. Ogden, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, NW
Washington, DC 20037
(202) 663-6000

Counsel For Defendant
Office of the Attorney General of the District of Columbia
1350 Pennsylvania Avenue, N.W.
Suite 409
Washington, D.C. 20004