IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE DISTRICT OF COLUMBIA, et al., <br><br> Defendants. | Civil Action No. _____ |

**CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel for the Pharmaceutical Research and Manufacturers of America ("PhRMA"), certify that to the best of my knowledge and belief, PhRMA does not have any parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public. PhRMA is a membership organization, however, and its members include companies that have outstanding securities in the hands of the public. A list of PhRMA's members is set forth below:

    3M Pharmaceuticals
    Abbott Laboratories
    Amgen Inc.
    Astellas Pharma Inc.
    AstraZeneca LP
    Bayer Corporation Pharmaceuticals Division
    Berlex Laboratories, Inc.
    Boehringer Ingelheim Pharmaceuticals, Inc.
    Bristol-Myers Squibb Company
        Bristol-Myers Squibb Company Worldwide Medicines
    Daiichi Pharmaceutical Corporation
    Genzyme Corporation
    GlaxoSmithKline
    Hoffmann-La Roche Inc.
    Johnson & Johnson
        Advanced Sterilization Products

1

       ALZA Corporation
       Centocor, Inc.
       Cordis Corportation
       DePuy Inc.
       Ethicon Endo-Surgery, Inc.
       Ethicon Inc.
           Ethicon Products
           Gynecare
           Johnson & Johnson Wound Management
       Janssen Pharmaceutica Inc.
       Janssen Research Foundation & R. W. Johnson Pharmaceutical Res. Institute
       Johnson & Johnson Health Care Systems, Inc.
       Mitek
       Ortho Biotech Products, L.P.
       Ortho-Clinical Diagnostics
       Ortho-McNeil Pharmaceutical, Inc.
       Ortho-Neutrogena
       Scios Inc.
       Therakos, Inc.
       Vistakon
Eli Lilly and Company
Merck & Co., Inc.
       Merck Human Health Division - U.S. Human Health
       Merck Research Laboratories
       Merck Vaccine Division
Millennium Pharmaceuticals, Inc.
Novartis Pharmaceuticals Corporation
Organon USA Inc.
Otsuka America, Inc.
       Otsuka America Pharmaceutical, Inc.
       Otsuka Maryland Research Institute
Pfizer Inc.
The Procter & Gamble Company
Purdue Pharma L.P.
       The P.F. Laboratories, Inc.
       The Purdue Frederick Company
sanofi-aventis
       Aventis Pasteur
       Aventis Pharmaceuticals, Inc.
Schering-Plough Corporation
Schwarz Pharma, Inc.
Sepracor, Inc.
Serono, Inc.
Solvay Pharmaceuticals, Inc.
       Unimed Pharmaceuticals, Inc.
Valeant Pharmaceuticals International

Wyeth
    Wyeth Pharmaceuticals
    Wyeth Research

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  October 12, 2005

Respectfully submitted,

/s/ Randolph D. Moss

David W. Ogden (D.C. Bar No. 375951)
Randolph D. Moss (D.C. Bar No. 417749)
Jonathan J. Frankel (D.C. Bar No. 450109)
WILMER CUTLER PICKERING HALE AND DORR LLP
2445 M Street, N.W.
Washington, D.C.  20037-1420
(202) 663-6000
(202) 663-6363 (facsimile)

*Counsel for Plaintiff Pharmaceutical Research and Manufacturers of America*