IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Action No. _____ |

### CERTIFICATE OF PLAINTIFF'S ATTORNEY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Randolph D. Moss, declare as follows:

1. I am the attorney for Plaintiff Pharmaceutical Research and Manufacturers of America ("PhRMA") in the above-captioned litigation.

2. In accordance with Local Civil Rule 65.1(a), my colleague, David W. Ogden, and I called George Valentine, Deputy Attorney General for the District of Columbia, on Tuesday, October 11, 2005, at approximately 5:50 p.m. and left a message requesting that Mr. Valentine return our call. At approximately 6:30 p.m., Mr. Valentine called Mr. Ogden, and Mr. Ogden notified Mr. Valentine of our intention to file the accompanying Motion for Temporary Restraining Order and Preliminary Injunction on the morning of October 12, 2005.

3. It is my understanding that Mr. Valentine requested that we provide him with an electronic copy of the Motion and accompanying papers once they were finalized and that Mr.

- 1 -

Ogden agreed that we would send these materials to Mr. Valentine by electronic mail. They also agreed to speak again on Wednesday, October 12, 2005, at 9:30 a.m.

4. My colleague, Brian Boynton, sent the following documents to Mr. Valentine by electronic mail at the address george.valentine@dc.gov at approximately 8:00 a.m. on Wednesday, October 12, 2005: the Complaint for Declaratory and Injunctive Relief of Plaintiff Pharmaceutical Research and Manufacturers of America ("PhRMA") and accompanying exhibit; Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; Plaintiff's Memorandum of Points and Authorities in Support of Its Motion for Temporary Restraining Order and Preliminary Injunction; the declarations of Robert Belknap, Michael L. Broughton, John L. Fish, Nick Marmontello, Marjorie E. Powell, and Asha Soto; the Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia; and proposed orders granting either a temporary restraining order or a preliminary injunction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2005.

_____
Randolph D. Moss (D.C. Bar No. 417749)
WILMER CUTLER PICKERING HALE AND DORR LLP
2445 M Street, N.W.
Washington, D.C. 20037-1420
(202) 663-6000
(202) 663-6363 (facsimile)

*Counsel for Plaintiff Pharmaceutical Research and Manufacturers of America*