UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) THE DISTRICT OF COLUMBIA, *et al.*, ) ) Defendants. ) | Civil Action No. 05-2015 (RJL) |

ORDER

This case is before the Court for consideration of Plaintiff's Motion for Temporary Restraining Order and Defendants' Memorandum of Points and Authorities in Opposition thereto. After review of the parties' submissions, oral argument of counsel on October 13, 2005, and the entire record herein, it is hereby:

ORDERED, that Plaintiff's Motion for Temporary Restraining Order be, and the same is hereby, DENIED, for the reasons stated in Defendants' Memorandum of Points and Authorities in Opposition.

SO ORDERED.

DATE: _____          _____
                                       RICHARD J. LEON
                                       United States District Judge