## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PHARMACEUTICAL RESEARCH AND )
MANUFACTURERS OF AMERICA, )
                                  )
        Plaintiff, )
                                  )
      v.                          )         Civil Action No. 1:05-cv-2015
                                  )
THE DISTRICT OF COLUMBIA, et al., )
                                  )
        Defendants. )
_____ )

## JOINT STATUS REPORT

Pursuant to the Court's instructions at the October 13, 2005 hearing, Plaintiff

Pharmaceutical Research and Manufacturers of America ("PhRMA") and the District of

Columbia government Defendants (collectively, "the District") hereby file this Status Report

concerning the above-captioned litigation.

The parties have reached agreement regarding a briefing schedule for this proceeding.

Pursuant to the parties' agreement, the District will file its opposition to PhRMA's Motion for a

Preliminary Injunction on November 3, 2005. PhRMA will file its reply to the District's

opposition on November 14, 2005. The Court has stated that it will hold a hearing on November

18, 2005. A proposed scheduling order reflecting these dates is attached.

The parties have not reached agreement on the course of the proceedings. PhRMA

believes that the Court should advance consideration of the merits of PhRMA's claims pursuant

to Federal Rule of Civil Procedure 65(a)(2) and consolidate the hearing on the preliminary

injunction with a trial on the merits. PhRMA will shortly file a motion requesting such

consolidation.  PhRMA believes that the issues in this case are entirely legal and appropriate for summary judgment and that discovery is not necessary or appropriate.  Moreover, advancing consideration of the merits of PhRMA's claims under Rule 65(a)(2) will ensure that the Court can rule on the validity of the challenged legislation at the time it goes into effect.  *See* Defendants' Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for a TRO at 4, 11 (suggesting that final adjudication of the legislation's validity prior to its taking effect would render preliminary relief unnecessary).  PhRMA believes that without such a ruling, it will be deprived of its only opportunity to obtain effective relief.

The District's position is that consideration of consolidation of the preliminary injunction with the trial on the merits is premature. The District has just begun its analysis and reserves the right to conduct discovery and raise issues of material fact as they become apparent.  In that regard, the District intends to seek limited discovery on an expedited basis on (at least) issues related to plaintiff's irreparable harm. A motion for limited discovery related to plaintiff's Motion for a Preliminary Injunction will be forthcoming.

Dated:  October 19, 2005                      Respectfully submitted,


                                              s/Randolph D. Moss
                                              _____
                                              David W. Ogden (D.C. Bar No. 375951)
                                              Randolph D. Moss (D.C. Bar No.417749)
                                              Jonathan J. Frankel (D.C. Bar No. 450109)
                                              WILMER CUTLER PICKERING HALE AND
                                              DORR LLP
                                              2445 M Street, N.W.
                                              Washington, D.C.  20037-1420
                                              (202) 663-6000
                                              (202) 663-6363 (facsimile)

                                              *Counsel for Plaintiff Pharmaceutical Research*
                                              *and Manufacturers of America*

Robert J. Spangnoletti
Attorney General D.C.

George C. Valentine
Deputy Attorney General, D.C.
Civil Litigation Division


s/Robert Utiger
_____

Robert Utiger (D.C. Bar No. 437130)
Senior Assistant Attorney General
Civil Litigation Division
Office of Attorney General for the District of
Columbia
441 Fourth Street, N.W., 6th Floor South
Washington D.C. 20001
Telephone: (202) 724-6532
Facimile: (202) 727-3625
robert.utiger@dc.gov


s/Richard D. Love
_____

Richard D. Love (D.C. Bar No. 340455)
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington D.C. 20001
Telephone: (202) 724-6635
Facimile: (202) 727-0431
richard.love@dc.gov


s/Andrew Saindon
_____

Andrew Saindon (D.C. Bar No. 456987)
Assistant Attorney General
Equity I
441 Fourth Street, N.W., 6th Floor South
Washington D.C. 20001
Telephone: (202) 724-6643
Facimile: (202) 727-0431
andy.saindon@dc.gov

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PHARMACEUTICAL RESEARCH AND   )
MANUFACTURERS OF AMERICA,       )
                               )
         Plaintiff,             )
                               )
     v.                    )     Civil Action No. 1:05-cv-2015
                               )
THE DISTRICT OF COLUMBIA, et al.,   )
                               )
         Defendants.         )
_____)

## SCHEDULING ORDER

Upon consideration of the parties' Joint Status Report, submitted October 19, 2005, it is

this __ day of _____, 2005,

ORDERED that this litigation will proceed in accordance with the following schedule:

November 3, 2005:   District Opposition to PhRMA's Motion for a Preliminary Injunction

November 14, 2005:  PhRMA Reply to the District's Response

November 18, 2005:  Hearing on PhRMA's Motion for a Preliminary Injunction.


_____
Hon. Richard J. Leon
United States District Judge

Copies to:

David W. Ogden (D.C. Bar No. 375951)
Randolph D. Moss (D.C. Bar No.417749)
Jonathan J. Frankel (D.C. Bar No. 450109)
WILMER CUTLER PICKERING HALE AND DORR LLP
2445 M Street, N.W.
Washington, D.C. 20037-1420

(202) 663-6000
(202) 663-6363 (facsimile)


Robert Utiger (D.C. Bar No. 437130)
Senior Assistant Attorney General
Civil Litigation Division
Office of Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington D.C. 20001
Telephone: (202) 724-6532
Facimile: (202) 727-3625
robert.utiger@dc.gov


Richard S. Love (D.C. Bar No. 340455)
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington D.C. 20001
Telephone: (202) 724-6635
Facimile: (202) 727-0431
richard.love@dc.gov


Andrew Saindon (D.C. Bar No. 456987)
Assistant Attorney General
Equity I
441 Fourth Street, N.W., 6th Floor South
Washington D.C. 20001
Telephone: (202) 724-6643
Facimile: (202) 727-0431
andy.saindon@dc.gov