IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.,<br><br>  Defendants. | Civil Action No. 1:05-cv-2015 |

**PLAINTIFF'S MOTION UNDER RULE 65(a)(2) AND RULE 57 FOR AN ORDER THAT THE MERITS OF PLAINTIFF'S ACTION FOR DECLARATORY JUDGMENT BE ADVANCED AND CONSOLIDATED WITH THE HEARING OF ITS APPLICATION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rules of Civil Procedure 65(a)(2) and 57, Plaintiff Pharmaceutical Research and Manufacturers of America ("PhRMA") hereby moves for an order consolidating the upcoming hearing on PhRMA's Motion for Preliminary Injunction with a resolution of the merits of its action for declaratory judgment. The grounds for this motion are detailed in the accompanying memorandum of points and authorities.

Pursuant to Local Rule 7(m), counsel for PhRMA discussed the contents of this motion with counsel for the District defendants, who state that they oppose the relief sought by PhRMA.

WHEREFORE, PhRMA respectfully requests that the Court advance consideration of the merits of PhRMA's claims and consolidate that consideration with its hearing on PhRMA's

motion for preliminary injunction pursuant to Rules 65(a)(2) and 57.

Dated: October 21, 2005

Respectfully submitted,

___s/ David W. Ogden___
David W. Ogden (D.C. Bar No. 375951)
Randolph D. Moss (D.C. Bar No.417749)
Jonathan J. Frankel (D.C. Bar No. 450109)
WILMER CUTLER PICKERING HALE AND DORR LLP
2445 M Street, N.W.
Washington, D.C. 20037-1420
(202) 663-6000
(202) 663-6363 (facsimile)

*Counsel for Plaintiff Pharmaceutical Research and Manufacturers of America*