IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Action No. . 1:05-cv-2015 |

### ORDER

Upon consideration of Plaintiff's Motion to Consolidate Hearing on Plaintiff's Motion for Preliminary Injunction with Hearing on Merits, it is this __ day of _____, 2005,

ORDERED that Plaintiff's motion be and it hereby is granted; and it is further

ORDERED that the Court will consider the merits of plaintiff's claims at its November 18, 2005 hearing.

_____
Hon. Richard J. Leon
United States District Judge

Copies to:

David W. Ogden (D.C. Bar No. 375951)
Randolph D. Moss (D.C. Bar No.417749)
Jonathan J. Frankel (D.C. Bar No. 450109)
WILMER CUTLER PICKERING HALE AND DORR LLP
2445 M Street, N.W.
Washington, D.C. 20037-1420
(202) 663-6000
(202) 663-6363 (facsimile)

Robert Utiger (D.C. Bar No. 437130)
Senior Assistant Attorney General
Civil Litigation Division
Office of Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington D.C. 20001
Telephone: (202) 724-6532
Facsimile: (202) 727-3625
robert.utiger@dc.gov


Richard S. Love (D.C. Bar No. 340455)
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431
richard.love@dc.gov


Andrew Saindon (D.C. Bar No. 456987)
Assistant Attorney General
Equity I
441 Fourth Street, N.W., 6th Floor South
Washington D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov