IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHARMACEUTICAL RESEARCH AND )
MANUFACTURERS OF AMERICA, )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )    Civil Action No. 1:05-cv-2015
                                          )
THE DISTRICT OF COLUMBIA, et al.,         )
                                          )
            Defendants.                   )
_____)

## SCHEDULING ORDER

Upon consideration of the parties' Joint Status Report, submitted October 19, 2005, it is this 21st day of Oct, 2005,

ORDERED that this litigation will proceed in accordance with the following schedule:

November 3, 2005:   District Opposition to PhRMA's Motion for a Preliminary Injunction

November 14, 2005:  PhRMA Reply to the District's Response

November 18, 2005:  Hearing on PhRMA's Motion for a Preliminary Injunction.

_____
Hon. Richard J. Leon
United States District Judge

Copies to:

David W. Ogden (D.C. Bar No. 375951)
Randolph D. Moss (D.C. Bar No.417749)
Jonathan J. Frankel (D.C. Bar No. 450109)
WILMER CUTLER PICKERING HALE AND DORR LLP
2445 M Street, N.W.
Washington, D.C. 20037-1420