UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
PHARMACEUTICAL RESEARCH AND        )
MANUFACTURERS OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
    v.                             )   Civil Action No. 05-2015 (RJL)
                                   )
THE DISTRICT OF COLUMBIA, *et al.*,)
                                   )
            Defendants.            )
_____)

## DEFENDANTS' MOTION FOR EXPEDITED DISCOVERY

Pursuant to LCvR 7 of the Rules of this Court and Fed.R.Civ. 26(d), Defendant The District of Columbia, *et al*. ("Defendants") hereby moves for expedited discovery to permit them to: (1) take the deposition of Marjorie E. Powell; (2) to take a Fed.R.Civ.P. 30(b)(6) deposition of Plaintiff; (3) to serve interrogatories and document requests pursuant to Fed.R.Civ.P. 33 and 34, respectively; and (4) to shorten Plaintiff's response time to the latter written discovery requests.

In support of this Motion, Defendant submits the attached Memorandum of Points and Authorities.

Pursuant to LCivR 7(m), counsel for Defendant attempted to confer with counsel for Plaintiff prior to filing this Motion to obtain Plaintiff's consent. Plaintiff's counsel did not return that communication prior to this filing and, because time is of the essence, Defendant has filed this Motion. In addition, as set forth in the Joint Status Report previously filed with this Court, Defendant informed both Plaintiff and this Court that it

would be filing the instant Motion and Plaintiff's position, as set forth therein, makes clear that it would not consent to the relief requested herein.

DATE: October 26, 2005         Respectfully submitted,

ROBERT J. SPAGNOLETTI

Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

　　　/s/ Robert Utiger
ROBERT UTIGER, D.C. Bar No. 437130
Senior Assistant Attorney General
Civil Litigation Division
Office of the Attorney General for
 the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6532
Facsimile: (202) 727-3625
robert.utiger@dc.gov

　　　/s/ Richard S. Love
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431
richard.love@dc.gov

　　　/s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov

- 3 -

    _____/s/ Ellen A. Efros_____
    ELLEN A. EFROS, D.C. Bar No. 250746
    Assistant Attorney General
    Equity 1
    441 Fourth Street, N.W., 6th Floor South
    Washington, D.C. 20001
    Telephone: (202) 724-6643
    Facsimile: (202) 727-0431
    ellen.efros@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
PHARMACEUTICAL RESEARCH AND         )
MANUFACTURERS OF AMERICA,           )
                                    )
                Plaintiff,          )
                                    )
        v.                          )   Civil Action No. 05-2015 (RJL)
                                    )
THE DISTRICT OF COLUMBIA, *et al.*, )
                                    )
                Defendants.         )
_____ )

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY**

Defendants moves this Court for expedited discovery to take: (1) a preliminary deposition of Marjorie E. Powell, the Senior Assistant General Counsel of Plaintiff who submitted a Declaration in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction ("Motion") and (2) a preliminary deposition pursuant to Fed.R.Civ.P.30(b)(6) of Plaintiff. The issues to be addressed at both depositions will be limited to certain purported "factual" statements made by Plaintiff in support of its Motion to enable Defendant to respond to the relief requested therein and to oppose the extraordinary relief requested by Plaintiff. Moreover, since Plaintiff also has filed a Motion Under Rule 65(a)(2) and Rule 57 for an Order that the Merits of Plaintiff's Action for Declaratory Judgment Be Advanced and Consolidated with the Hearing on its Application for Preliminary Injunction ("Consolidation Motion"), the purpose of these very preliminary, initial depositions on limited issues will be to assist Defendants in demonstrating to the Court that there are substantial and significant factual matters raised

by Plaintiff's positions in its papers that Defendants should be entitled to explore before this Court makes a final determination on the merits of Plaintiff's claims.

Similarly, Defendants request permission to serve immediately limited interrogatories and document requests pursuant to Fed.R.Civ.P 33 and 34 also addressed to the factual assertions made by Plaintiff in support of their Motion.

The need for expedited discovery is immediate and compelling. Plaintiff filed a complaint comprised of 75 paragraphs of varying allegations and a lengthy Memorandum of Points and Authorities in Support of its Motion, accompanied by six (6) separate declarations. Plaintiff also filed a separate Consolidation Motion. Defendants' filings in response to Plaintiff's various pleadings are due within the next few weeks and the hearing on Plaintiff's Motion is scheduled shortly thereafter: (1) Defendants' Answer is due November 1, 2005; (2) Defendants' Opposition to Plaintiff's Motion is due on November 14, 2005; and (3) the hearing on Plaintiff's Motion is scheduled for November 18, 2005. Defendant's response to the Consolidation Motion also is due within this same time frame.

Defendant is not seeking to postpone any of the above dates. It respectfully submits, however, that it is entitled to take a least some limited discovery on some of the factual issues raised by Plaintiff's Motion in advance of the hearing so that it can better respond to the arguments made therein and defend the position of the District of Columbia with respect to the allegations made by Plaintiff.[1] In addition, because Plaintiff also has filed a Consolidation Motion, the purpose of this very preliminary discovery on

---

[1] Defendants recognize that there is insufficient time to take the proposed discovery before the Answer to the Complaint and Oppositions to the Motions are due. Depending, however, on what information Defendant is able to obtain from the limited discovery requested, there would be sufficient time to amend its papers prior to the scheduled hearing to bring to the Court's attention any relevant facts as to the disposition of Plaintiff's pending Motions.

narrow issues will be to assist Defendants in demonstrating to the Court that there are substantial and significant factual issues raised by Plaintiff's arguments that Defendants should be entitled to explore fully before this Court makes a final determination on the merits of Plaintiff's claims

Thus, Defendants request that they immediately be permitted to serve limited interrogatories and document requests in the form attached hereto and that Plaintiff's time to respond to said discovery request be shorten to five days (including weekends and holidays) from the date of electronic service.[2]  Defendants also request that they be permitted to take the Deposition of Marjorie E. Powell on November 4, 2005, commencing at 9:00 a.m. at the Offices of the Attorney General, 441 Fourth Street, N.W.,Washington, D.C. 20001 and a Fed.R.Civ.P. 30(b)(6) Deposition of Plaintiff on Friday November 4, 2005, commencing at 1:30 p.m. at the Offices of the Attorney General, 441 Fourth Street, N.W., Washington, D.C. 20001.[3]

A proposed Order is submitted herewith.

                                        Respectfully submitted,

                                        ROBERT J. SPAGNOLETTI
                                        Attorney General, D.C.

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General, D.C.
                                        Civil Litigation Division

---

[2] Defendants propose to serve the discovery requests electronically. Copies of the proposed Rule 33 and Rule 34 requests are attached hereto as Exhibits A and B, respectively.
[3] Copies of the proposed Notices of Depositions are attached hereto as Exhibits C and D, respectively.

        /s/ Robert Utiger
ROBERT UTIGER, D.C. Bar No. 437130
Senior Assistant Attorney General
Civil Litigation Division
Office of the Attorney General for
 the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6532
Facsimile: (202) 727-3625
robert.utiger@dc.gov


        /s/ Richard S. Love
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431
richard.love@dc.gov


        /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov


        /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
ellen.efros@dc.gov