# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Civil Action No. 05-2015 (RJL) |

## NOTICE OF DEPOSITION OF MAJORIE E. POWELL

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants, by and through their counsel, will take the deposition upon oral examination of Marjorie E. Powell ("Deponent") for purposes of discovery and for use at any hearing in this case. The deposition will take place before an officer authorized by law to administer oaths in the District of Columbia and be recorded sound or stenographic means at the Office of the Attorney General, 441 Fourth Street, N.W., 6th Floor South, Washington, D.C. 20001, on Wednesday, November 2, beginning at 1:30 p.m., and continuing day-to-day thereafter until completed.

The witness is directed to bring with her to this deposition any and all documents which relate to the assertions set forth in her Declaration in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, including, but not limited to the allegations of paragraphs 7, 11-14 and all economic or other analysis done by or on

behalf of Plaintiff or any of its members that relate to the alleged economic or other injury that Plaintiff or its members will suffer as a result of the D.C. Act.

You are invited to attend and participate as permitted by law.

DATE: October ___, 2005

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division


_____/s/ Robert Utiger_____
ROBERT UTIGER, D.C. Bar No. 437130
Senior Assistant Attorney General
Civil Litigation Division
Office of the Attorney General for
the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6532
Facsimile: (202) 727-3625
robert.utiger@dc.gov


_____/s/ Richard S. Love_____
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431
richard.love@dc.gov

        /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov


        /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
ellen.efros@dc.gov