UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2015 (RJL)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING DEFENDANTS' MOTION FOR EXPEDITED DISCOVERY

The Court, having considered Defendants' Motion for Expedited Discovery, and for good cause shown, hereby **GRANTS** Defendants' Motion and **ORDERS** as follows:

1. Immediately upon receipt of this **ORDER**, Defendants may serve electronically the Rule 33 and Rule 34 requests in the forms attached to its Motion. Plaintiff shall have five (5) days (including weekends and holidays) to serve its answers and responses, as well as produce the documents requested.

2. Defendants may take the Deposition of Marjorie E. Powell, commencing at 9:00 a.m. on November 4, 2005, at its offices as set forth in the Notice attached to Defendant's Motion as Exhibit C. Defendants may take a Fed.R.Civ.P. 30(b)(6) Deposition of Plaintiff commencing at 1:30 p.m. at its offices as set forth in the Notice attached to Defendant's Motion as Exhibit D.

**SO ORDERED** this ___ day of October 2005.

_____
RICHARD J. LEON
United States District Judge