UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, ) ) ) ) Plaintiff, ) ) v. ) ) THE DISTRICT OF COLUMBIA, *et al.*, ) ) Defendants. ) | Civil Action No. 05-2015 (RJL) |

## ORDER

This case is before the Court for consideration of Plaintiff's Motion for a Preliminary Injunction, Defendants' Memorandum of Points and Authorities in Opposition thereto, and Plaintiff's Reply. After review of the parties' submissions, oral argument of counsel, and the entire record herein, it is hereby:

ORDERED, that Plaintiff's Motion for a Preliminary Injunction be, and the same is hereby, DENIED.

SO ORDERED.


DATE: _____          _____
                                     RICHARD J. LEON
                                     United States District Judge