IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Action No. 05-2015 |
| BIOTECHNOLOGY INDUSTRY ORGANIZATION,<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Action No. 05-2106 |

**PHRMA'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to Local Rules of Civil Procedure 7(h) and 56.1, Plaintiff Pharmaceutical Research and Manufacturers of America ("PhRMA") hereby submits this statement of material facts not in dispute:

1.  PhRMA's members manufacture and sell prescription drugs that are covered by a United States Patent. Powell Decl. ¶ 6.

2.     PhRMA's members are all headquartered outside the District of Columbia, and they regularly sell patented prescription drugs from facilities located outside the District of Columbia to wholesalers and warehousing retail chains also located outside of the District of Columbia. *Id.* ¶ 8. In a portion of these sales, the drugs are subsequently resold to patients in the District of Columbia. *Id.* ¶ 12.

3.     It is an obvious consequence of the Prescription Drug Excessive Pricing Act of 2005 that PhRMA's members will have to consider potential liability in the United States under the Act when conducting or considering the conduct of business in Australia, Canada, Germany, and the United Kingdom. D.C. Act No. 16-171, § 2 (to be codified at D.C. Code § 28-4554(a)); Powell Decl. ¶ 13.

Dated: November 9, 2005

Respectfully submitted,

__s/  David W. Ogden_____
__s/ Randolph D. Moss_____
David W. Ogden (D.C. Bar No. 375951)
Randolph D. Moss (D.C. Bar No. 417749)
Jonathan J. Frankel (D.C. Bar No. 450109)
WILMER CUTLER PICKERING HALE AND DORR LLP
2445 M Street, N.W.
Washington, D.C. 20037-1420
(202) 663-6000
(202) 663-6363 (facsimile)

*Counsel for Plaintiff Pharmaceutical Research and Manufacturers of America*