AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

PHARMACEUTICAL RESEARCH AND
MANUFATURERS OF AMERICA,
      Plaintiff(s)

vs.

THE DISTRICT OF COLUMBIA, et al.,
      Defendant(s)

**APPEARANCE**

CASE NUMBER 05-2015

To the Clerk of this court and all parties of record:

Please enter the appearance of __David W. Ogden__ as counsel in this
                     (Attorney's Name)

case for: __Pharmaceutical Research and Manufacturers of America__
            (Name of party or parties)

11/8/05
Date

375951
BAR IDENTIFICATION

*[signature]*
Signature

David W. Ogden
Print Name

2445 M Street, NW
Address

Washington, DC 20037
City     State     Zip Code

(202) 663-6440
Phone Number