AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

PHARMACEUTICAL RESEARCH AND  
MANUFACTUERS OF AMERICA,   )  
        Plaintiff(s)   )   **APPEARANCE**  
           )  
           )  
        vs.   )   CASE NUMBER   05-CV-2015  
THE DISTRICT OF COLUMBIA, et al.,   )  
           )  
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Jonathan J. Frankel   as counsel in this  
        (Attorney's Name)

case for:   PHARMACEUTICAL RESEARCH AND MANUFACTUERS OF AMERICA  
        (Name of party or parties)

November 11, 2005  
Date

*[Signature]*  
Signature

D.C. Bar. No. 450109  
BAR IDENTIFICATION

Jonathan J. Frankel  
Print Name

2445 M St, NW  
Address

Washington, D.C.   20037-1420  
City   State   Zip Code

202-663-6113  
Phone Number