UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 05-2015 (RJL) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) ) ) |
| Defendants. | ) ) |
| BIOTECHNOLOGY INDUSTRY ORGANIZATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 05-2106 (RJL) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's instructions at the November 23, 2005 hearing, Plaintiffs and Defendants hereby jointly file this Status Report, as they are in agreement as to the apparent status of the congressional layover period for the legislation at issue in the above-captioned litigation.

The House of Representatives is scheduled to meet today, thus, pursuant to section 602(c)(1) of the Home Rule Act, the 28th day of the layover period will be tomorrow, December 7, 2005, and the 30th day will be Friday, December 9, 2005.

If Congress fails to act before then, the "Prescription Drug Excessive Pricing Act of 2005" will become effective on Saturday, December 10, 2005.

The parties will alert the Court if the above information changes materially.

Dated:  December 6, 2005                 Respectfully submitted,

                                         ROBERT J. SPAGNOLETTI
                                         Attorney General, D.C.

                                         GEORGE C. VALENTINE
                                         Deputy Attorney General, D.C.
                                         Civil Litigation Division

                                           /s/ Robert Utiger
                                         ROBERT UTIGER, D.C. Bar No. 437130
                                         Senior Assistant Attorney General
                                         Civil Litigation Division
                                         Office of the Attorney General for the District of Columbia
                                         441 Fourth Street, N.W., 6th Floor South
                                         Washington, D.C. 20001
                                         Telephone: (202) 724-6532
                                         Facsimile: (202) 727-3625
                                         robert.utiger@dc.gov

                                           /s/ Richard S. Love
                                         RICHARD S. LOVE, D.C. Bar No. 340455
                                         Chief, Equity I
                                         441 Fourth Street, N.W., 6th Floor South
                                         Washington, D.C. 20001
                                         Telephone: (202) 724-6635
                                         Facsimile: (202) 727-0431
                                         richard.love@dc.gov

                                         /s/ Andrew J. Saindon
                                         ANDREW J. SAINDON, D.C. Bar No. 456987
                                         Assistant Attorney General
                                         441 Fourth Street, N.W., 6th Floor South
                                         Washington, D.C. 20001
                                         Telephone: (202) 724-6643
                                         Facsimile: (202) 727-0431
                                         andy.saindon@dc.gov

                                         *Counsel for Defendants*

- 3 -

   /s/ David W. Ogden
David W. Ogden (D.C. Bar No. 375951)
Randolph D. Moss (D.C. Bar No.417749)
Jonathan J. Frankel (D.C. Bar No. 450109)
WILMER CUTLER PICKERING HALE AND DORR LLP
2445 M Street, N.W.
Washington, D.C.  20037-1420
(202) 663-6000
(202) 663-6363 (facsimile)

*Counsel for Plaintiff Pharmaceutical Research and
Manufacturers of America*


   /s/ Daniel E. Troy
Daniel E. Troy (D.C. Bar No. 442537)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)

*Counsel for Plaintiff Biotechnology Industry Organization*