IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Action No. 05-2015 |
| BIOTECHNOLOGY INDUSTRY ORGANIZATION,<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Action No. 05-2106 |

**JOINT STATUS REPORT**

On December 12, 2005, this Court ordered Plaintiffs and Defendants to submit "a definitive statement as to: (1) when the thirtieth legislative day of congressional review actually occurred; (2) what if any action Congress took during that period as to the Act; and (3) each parties' position as to when the Act will actually go into effect." Plaintiffs and Defendants hereby jointly submit this Status Report, as they are in agreement on all three points.

Below:

1. On Thursday, December 8, 2005, the House of Representatives, which was originally scheduled to sit on Friday, December 9, 2005, adjourned until Monday, December 12, 2005. The relevant portion of the D.C. Code provides that the Act

> shall take effect upon the expiration of the 30-calendar-day period (excluding Saturdays, Sundays, and holidays, and any day on which neither House is in session because of an adjournment sine die, a recess of *more than 3 days*, or an adjournment of *more than 3 days*) beginning on the day such act is transmitted by the Chairman to the Speaker of the House of Representatives and the President of the Senate, or upon the date prescribed by such act, whichever is later, unless during such 30-day period, there has been enacted into law a joint resolution disapproving such act.

D.C. Code § 1-206.02(C)(1). Because the House of Representative met on Monday, December 12, 2005, its absence on December 9 was not pursuant to a recess or adjournment of "more than 3 days." Therefore, the thirtieth day of the congressional review period was Friday, December 9, 2005.

2. Congress has not enacted a joint resolution disapproving of the Prescription Drug Excessive Pricing Act of 2005.

3. The Act took effect "upon the expiration of the 30-calendar-day period." D.C. Code § 1-206.02(C)(1). The Act therefore became effective at midnight on Saturday, December 10, 2005.

Dated: December 13, 2005                    Respectfully submitted,

        /s/ David W. Ogden
David W. Ogden (D.C. Bar No. 375951)
Randolph D. Moss (D.C. Bar No. 417749)
Jonathan J. Frankel (D.C. Bar No. 450109)
WILMER CUTLER PICKERING HALE AND DORR LLP
2445 M Street, N.W.
Washington, D.C. 20037-1420

(202) 663-6000
(202) 663-6363 (facsimile)

*Counsel for Plaintiff Pharmaceutical Research and Manufacturers of America*


 /s/ Daniel E. Troy
Daniel E. Troy (D.C. Bar No. 442537)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (facsimile)

*Counsel for Plaintiff Biotechnology Industry Organization*


Robert J. Spagnoletti
Attorney General D.C.

George C. Valentine
Deputy Attorney General, D.C.
Civil Litigation Division

Robert Utiger (D.C. Bar No. 437130)
Senior Assistant Attorney General
Civil Litigation Division
Office of Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington D.C. 20001
Telephone: (202) 724-6532
Facimile: (202) 727-3625
robert.utiger@dc.gov

Richard D. Love (D.C. Bar No. 340455)
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington D.C. 20001
Telephone: (202) 724-6635
Facimile: (202) 727-0431
richard.love@dc.gov

3

/s/ Andrew Saindon
———————————————
Andrew Saindon (D.C. Bar No. 456987)
Assistant Attorney General
Equity I
441 Fourth Street, N.W., 6th Floor South
Washington D.C. 20001
Telephone: (202) 724-6643
Facimile: (202) 727-0431
andy.saindon@dc.gov

*Counsel for Defendants*

4