UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) THE DISTRICT OF COLUMBIA, et al., ) ) Defendants. ) ) | Civ. No. 05-2015 (RJL) |
| BIOTECHNOLOGY INDUSTRY ORGANIZATION, ) ) ) Plaintiff, ) ) v. ) ) THE DISTRICT OF COLUMBIA, et al., ) ) Defendants. ) ) | Civ. No. 05-2106 (RJL) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 22nd day of December 2005, hereby

**ORDERED** that plaintiffs' motion for a declaratory judgment that the Prescription Drug Excessive Pricing Act of 2005 is unconstitutional is GRANTED; and it is further

**ORDERED** that plaintiffs' motion for an injunction prohibiting defendants from enforcing D.C. Act 16-171, to be codified as D.C. Official Code §§ 28-4551 *et seq.* (2005



Supp.) is GRANTED, and it is further

**ORDERED** that judgment is entered in favor of the plaintiffs, and the case is dismissed.

**SO ORDERED.**

                                                                    _____
                                                                    RICHARD J. LEON
                                                                    United States District Judge