# United States Court of Appeals for the Federal Circuit

2006-1593

BIOTECHNOLOGY INDUSTRY ORGANIZATION,

Plaintiff-Appellee,

and

PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,

Plaintiff-Appellee,

v.

DISTRICT OF COLUMBIA,
Adrian M. Fenty, MAYOR OF THE DISTRICT OF COLUMBIA,
OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA,
Robert Spagnoletti, ATTORNEY GENERAL OF THE DISTRICT OF COLUMBIA,
OFFICE OF DOCUMENTS AND ADMINISTRATIVE ISSUANCES
OF THE DISTRICT OF COLUMBIA,
Arnold R. Finlayson, ADMINISTRATOR, OFFICE OF DOCUMENTS AND
ADMINISTRATIVE ISSUANCES OF THE DISTRICT OF COLUMBIA,

Defendants-Appellants.

David W. Ogden, Wilmer Cutler Pickering Hale and Dorr LLP, of Washington, DC, argued for all plaintiffs-appellees. With him on the brief for Pharmaceutical Research and Manufacturers of America were Randolph D. Moss, Anne K. Small, Catherine M.A. Carroll, and Thomas G. Saunders. On the brief for Biotechnology Industry Organization were Daniel E. Troy and Eric A. Shumsky, Sidley Austin LLP, of Washington, DC.

William J. Earl, Assistant Attorney General, Office of Attorney General for the District of Columbia, of Washington, DC, argued for defendants-appellants. With him on the brief were Linda Singer, Acting Attorney General, District of Columbia, Todd S. Kim, Solicitor General, and Edward E. Schwab, Deputy Solicitor General.

Sean M. Fiil-Flynn, Program on Information Justice and Intellectual Property, Washington College of Law, American University, of Washington, DC, for amici curiae, National Legislative Association on Prescription Drug Prices, et al. With him on the brief was Joshua D. Sarnoff, Glushko-Samuelson Intellectual Property Law Clinic.

<u>Jeffrey L. Handwerker</u>, Arnold & Porter LLP, of Washington, DC, for amicus curiae The AIDS Institute.  With him on the brief was <u>Matthew H. Solomson</u>.

<u>Richard A. Samp</u>, Washington Legal Foundation, of Washington, DC, for amici curiae Washington Legal Foundation, et al.  With him on the brief was <u>Daniel J. Popeo</u>.

Appealed from:  United States District Court for the District of Columbia

Judge Richard J. Leon