UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

August 1, 2007

**ERRATA**

**Appeal No. 2006-1593**

**BIOTECH IND V DISTRICT OF COLUMBIA**

Decided: August 1, 2007                           Precedential Opinion

Please correct the following:

- page 18, line 9, replace "**market power**" with: --**exclusionary power**-- and

- page 18, lines 12-13, make the same replacement.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

Date: 11/6/07